IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| IN RE: | Ryan McMahan and Jennifer McMahan | CASE NO.: 6:17-bk-71589 |
| | Debtors | CHAPTER 13 |

## ORDER WITHDRAWING MOTION FOR RELIEF FROM STAY AND FOR ABANDONMENT

Before the Court is the Motion for Relief from Stay and for Abandonment filed November 6, 2017, (Doc # 24) by U.S. Bank National Association ("Movant/Creditor"), and it appearing that Movant/Creditor wishes to withdraw its Motion for Relief from Stay and Abandonment. The Court, being sufficiently advised and upon consideration and for good cause shown, hereby finds and orders that Movant/Creditors Motion for Relief from Stay and for Abandonment is withdrawn.

IT IS HEREBY ORDERED.

_/s/ Ben Barry_
Ben Barry
United States Bankruptcy Judge
Dated: 12/04/2017

APPROVED:

/s/ LaDawna Fleckenstein
LaDawna Fleckenstein
Attorney Bar No. 2014039
Marinosci Law Group, P.C.
1405 North Pierce, Suite 306
Little Rock, Arkansas 72207
Phone No. (501) 663-6200
lfleckenstein@mlg-defaultlaw.com

1

EOD: December 4, 2017

CC:

Debtors
Debtors Attorney
Creditor Attorney
Trustee