UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICT OF ARKANSAS

Re: McMahan, Ryan & McMahan, Jennifer                    No. 6:17-bk-71589

NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN AFTER CONFIRMATION

You are hereby notified that the captioned debtors have filed the attached modification to the plan pursuant to 11 U.S.C. § 1329 and Rule 3015 of the Federal Rules of Bankruptcy Procedure.  Objections to the plan as modified must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, AR 72201 in writing within 21 days from the date of this notice, with copies to the trustee, Jack W. Gooding, PO Box 8202, Little Rock, AR 72221 and to Counsel for the debtors.

If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice.  If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

DICKERSON LAW FIRM, P.A.

PO BOX 6400
HOT SPRINGS, AR 71902
501-321-0808
FAX 501-321-2954

Date: 03/19/2019                          */s/ April N. Kersten*
                                          April N. Kersten, Bar No. 2008-129


CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

| | |
|---|---|
| Jack W. Gooding, Trustee<br>PO Box 8202<br>Little Rock, AR 72221 | Internal Revenue Service<br>Special Procedure<br>PO Box 7346<br>Philadelphia, PA 19101 |
| US Attorney (Eastern District)<br>PO Box 1229<br>Little Rock, AR 72203 | US Attorney (Western District)<br>414 Parker Avenue<br>Fort Smith, AR 72901 |

and to all creditors whose names appear on the attached modification and/or creditor matrix:

*/s/ April N. Kersten*
Dickerson Law Firm, P.A.

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

Re: McMahan, Ryan & McMahan, Jennifer       Case No. 6:17-bk-71589

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

M O D I F I C A T I O N   O F   C H A P T E R   1 3   P L A N

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Come now the Debtors by and through their attorneys, Dickerson Law Firm, P.A., and for their modification to the original or modified Chapter 13 plan state:

1.      PAYMENT TO THE TRUSTEE:

THE DEBTORS PROPOSE TO PAY $ 1245 PER MONTH TO THE TRUSTEE BEGINNING IN APRIL 2019.

[Indicate how often the Debtors are paid by checking the appropriate box below:]
( ) Weekly;  ( ) Bi-Weekly;  ( ) Semi-Monthly;  (X) Monthly or ( ) Other

2.      THE PLAN LENGTH shall remain the same unless otherwise indicated below:

A debtor must pay all disposable income into the plan for the benefit of unsecured creditors during the applicable commitment period (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months. Length of Plan may be automatically extended by the Chapter 13 Trustee without further modification should such extension be necessary to adequately fund plan in order to carry out other provisions of the plan as set forth below.

3.      UNSECURED CREDITORS are to be paid a PRO RATA dividend.
         (SPECIAL NON-PRIORITY UNSECURED DEBTS REMAIN UNAFFECTED)

4.      MODIFIED TREATMENT OF EXISTING CREDITORS

The following CHANGES are to be made to each creditor as set out below:

| CREDITOR NAME | CHANGE IN TREATMENT/CLASSIFICATION |
|---|---|
| U.S. Bank N.A. | Originally proposed to be paid outside the plan, the mortgage shall now be paid through the plan. The ongoing monthly mortgage payment shall be paid $289.54 for March 2019 and then $320.56 starting in April 2019. The arrears of $668.05 per Agreed Order Shall be pain in full through pro rata installments. |
|  |  |
|  |  |

5.      UNSECURED CREDITORS shall be paid at least as much as they would receive under Chapter 7.

6.      ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAIN THE SAME.

Respectfully Submitted

DICKERSON LAW FIRM, P.A.
PO BOX 6400
HOT SPRINGS, AR 71902
501-321-0808

03/19/2019                          */s/ April N. Kersten*
DATE                                April N. Kersten, Bar No. 2008-129