IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**RE**:   RYAN MCMAHAN
         JENNIFER MCMAHAN                           **CASE NO**:   6:17-bk-71589

### NOTICE OF OPPORTUNITY TO OBJECT TO NARRATIVE STATEMENT OF PLAN

You are hereby notified that the captioned debtors have filed the attached Plan pursuant to 11 U.S.C. 1321 and Rules 2002 and 3015 of the Federal Rules of Bankruptcy Procedure. Objections to the Plan must be filed with the Bankruptcy Court at 300 West 2nd Street, Little Rock, Arkansas 72201 in writing within 21 days from the date of this notice, with copies to the Counsel for the debtor and Jack W. Gooding, Trustee, P. O. Box 8202, Little Rock, Arkansas 72221.

If objections to the Plan are filed, they will be set for hearing by subsequent notice. If no objections are received, the Plan may be confirmed without further notice or hearing.

**DICKERSON LAW FIRM, P.A.**
**PO BOX 6400**
**HOT SPRINGS, AR 71902**
**501-321-0808**
**FAX 501-321-2954**

Date: 05/28/2021                    /s/Matthew D. Black_____
                                    **MATTHEW D. BLACK, BAR #2007-259**

### CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached motion have been sent via CM/ECF to Jack W. Gooding, Trustee. I further certify that copies of the foregoing notice and attached motion have been mailed by first class mail to:

| | |
|---|---|
| Internal Revenue Service<br>Special Procedure<br>PO Box 7346<br>Philadelphia, PA 19101 | U.S. Attorney (Western District)<br>414 Parker Avenue<br>Fort Smith, AR 72901 |
| U.S. Attorney (Eastern District)<br>PO Box 1229<br>Little Rock, AR 72203 | Ryan and Jennifer McMahan<br>151 Count Fleet Trail<br>Hot Springs, AR 71913 |

and to all creditors whose names appear on the attached plan and/or creditor matrix:

/s/Matthew D. Black_____
**DICKERSON LAW FIRM, P.A.**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**RE**:   **RYAN MCMAHAN**
          **JENNIFER MCMAHAN**            **CASE NO**:   **6:17-bk-71589**

---

**M O D I F I C A T I O N   O F   C H A P T E R   1 3   P L A N**

---

Come now the Debtors by and through their attorneys, Dickerson Law Firm, P.A., and for their modification to the original or modified Chapter 13 plan state:

1. **PAYMENT TO THE TRUSTEE:**

THE DEBTORS PROPOSE TO PAY $1,100.00 PER MONTH TO THE TRUSTEE BEGINNING WITH THE JUNE 2021 PLAN PAYMENT AND CONTINUING FOR THE REMAINDER OF THE PLAN.  THE DEBTOR WAS OUT OF WORK FOR 6 WEEKS IN 2020 RECOVERING FROM SURGERY.  THEREFORE, THE DEBTORS PROPOSE NOT TO CURE ANY DELINQUENCY THAT MAY BE CALCULATED.

ALSO, THE TRUSTEE HAS EXCESS INSURANCE PROCEEDS ON HAND IN THE SUM OF $5,581.82.  THE TRUSTEE SHALL REFUND $3,981.82 TO THE DEBTORS BASED ON THE FOLLOWING NEEDS (AMOUNTS ARE APPROXIMATE):  $2500 TO PAY FOR 2019 TAXES DUE, $350 TO PAY TAX PREPARER, $600 TO REIMBURSE DEBTORS FOR COSTS SPENT AFTER VEHICLE TOTALED TO GET NEW BRAKES AND SENSORS TO GET THE JEEP UP AND RUNNING, AND $531.82 TO GET NEW TIRES ON THE JEEP.  THE DEBTOR WILL PROVIDE RECEIPTS SHOWING THE USE OF THE REFUNDED FUNDS WITHIN 60 DAYS.

THE REMAINING PROCEEDS OF $1600 SHALL BE PAID INTO THE PLAN.

[Indicate how often the Debtor is paid by checking the appropriate box below:]
( ) Weekly;   ( ) Bi-Weekly;   ( ) Semi-Monthly;   ( X ) Monthly or ( ) Other

(If OTHER, please specify: n/a)

2. **THE PLAN LENGTH** shall be 60 months.

A debtor must pay all disposable income into the plan for the benefit of unsecured creditors during the applicable commitment period (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months. Length of Plan may be automatically extended by the Chapter 13 Trustee without further modification should such extension be necessary to adequately fund plan in order to carry out other provisions of the plan as set forth below.

3. **UNSECURED CREDITORS** are to be paid a pro rata dividend.

   **(SPECIAL NON-PRIORITY UNSECURED DEBTS REMAIN UNAFFECTED)**

4. **MODIFIED TREATMENT OF EXISTING CREDITORS**

   The following CHANGES are to be made to each creditor as set out below:

   | CREDITOR NAME | CHANGE IN TREATMENT\CLASSIFICATION |
   |---|---|
   | 1. Ally Bank (Trustee claim #1) | The Trustee shall make no further payments on this claim, as it has been paid in full by insurance proceeds. |

5. **ADDITION OF SECURED CREDITORS TO THE PLAN:**

   1. US. Bank has advanced funds to pay for post petition taxes due on the mortgage in the approximate amount of $1,600.

      Upon the filing of any notice of post petition fees, expenses, and charges, the Trustee shall pay any such notice in full.

6. **UNSECURED CREDITORS** shall be paid at least as much as they would receive under **Chapter 7.**

7. **ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAIN THE SAME.**

            Respectfully submitted,

            **DICKERSON LAW FIRM, P.A.**
            **PO BOX 6400**
            **HOT SPRINGS, AR 71902**
            **501-321-0808**
            **FAX 501-321-2954**

Date: 05/28/2021             /s/Matthew D. Black_____
                                      **MATTHEW D. BLACK, BAR #2007-259**